IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE ROE,

    Plaintiff,

v.

AMERICAN DATABANK LLC,

    Defendant.

No. C 13-03829 WHA

**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE AND VACATING HEARING**

    Astrailia Dunford has filed a motion to intervene as plaintiff. Dunford's claim shares with the main action a common question of law or fact, thus meeting the standard for permissive intervention. FRCP 24(b)(1)(B). Defendant American Databank, LLC, has filed a statement of non-opposition to the motion. Accordingly, the motion to intervene is hereby **GRANTED**. The hearing set for **JANUARY 9, 2014**, is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE