IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE ROE,

    Plaintiff,

  v.

AMERICAN DATABANK LLC,

    Defendant.

    /

No. C 13-03829 WHA

**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE AND FIRST AMENDED COMPLAINT**

    Astrailia Dunford has filed a motion to intervene as plaintiff. Dunford's claim shares with the main action a common question of law or fact, thus meeting the standard for permissive intervention. FRCP 24(b)(1)(B). Defendant American Databank, LLC, has filed a statement of non-opposition to the motion. Accordingly, the motion to intervene is hereby **GRANTED**. The hearing set for **JANUARY 9, 2014**, is **VACATED**.

    Plaintiff has also filed a first amended complaint attached as exhibit 1 to plaintiff's motion to intervene (Dkt. No. 23). Because defendant does not object, plaintiff's motion to intervene and amend the complaint is **GRANTED IN FULL**.

    **IT IS SO ORDERED.**

Dated: December 31, 2013.

                       WILLIAM ALSUP
                       UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28