United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE ROE,

    Plaintiff,

  v.

AMERICAN DATABANK LLC,

    Defendant.

No. C 13-03829 WHA

**ORDER DISMISSING PLAINTIFF ROE WITHOUT PREJUDICE**

    On November 14, a case management conference was held. Plaintiff Roe was ordered to either file an amended complaint stating her true name or settle within one week or else face dismissal from the action. Plaintiff has done neither. Accordingly, plaintiff Roe is **DISMISSED** from this action without prejudice to her refiling.

    **IT IS SO ORDERED.**

Dated: December 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE