Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

Devin H. Fok (SBN 256599)
**THE LAW OFFICES OF DEVIN H. FOK**
P.O. Box 7165
Alhambra CA 91802-7165
Telephone: (310) 430-9933
Facsimile: (323) 563-3445
devin@devinfoklaw.com

Joshua E. Kim (SBN 257260)
**A NEW WAY OF LIFE REENTRY PROJECT**
P.O. Box 875288
Los Angeles CA 90087
Telephone:  (323) 563-3575
Facsimile:  (323) 563-3445

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTRAILIA I. DUNFORD,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN DATABANK, LLC,<br><br>Defendant. | No. 3:13-cv-03829-WHA<br><br>[PROPOSED] **ORDER GRANTING STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT**<br><br>Date of filing:        June 7, 2013<br>Date of removal:   Aug. 16, 2013 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's order granting her Motion to Intervene (Dkt. 26), the Parties have stipulated that Astrailia Dunford file the First Amended Complaint attached as Exhibit 1 to the Stipulation.

1

1  Having considered the Motion, Defendant's Response, the record in this case, and the
2  applicable law, the Court is of the opinion that the Stipulation should be GRANTED.
3  IT IS HEREBY ORDERED
4      That Astrailia Dunford will immediately file the First Amended Complaint
5  attached as Exhibit 1 to the Parties' Stipulation.

   Date:   February 3, 2014.



William Alsup
UNITED STATES DISTRICT JUDGE

2