IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTRAILIA I. DUNFORD, individually and on behalf of all similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN DATABANK LLC,<br><br>  Defendant. | No. C 13-03829 WHA<br><br>**ORDER REGARDING STIPULATION RE DEFENDANT'S DISCOVERY RESPONSES** |

The parties have stipulated that Defendant American DataBank LLC, has until March 18, 2014, to serve its responses to plaintiff Astralia I. Dunford's first set of interrogatories and first set of requests for production of documents (Dkt. No. 35). The stipulation is **APPROVED**. All existing deadlines remain in place, including the May 1 deadline for the motion for class certification and the September 5, 2014 fact discovery cutoff (Dkt. No. 19).

**IT IS SO ORDERED.**

Dated:  March 6, 2014.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE