Kara Ann Smith, Esq. (SBN 112088)
Douglas R. Livingston, Esq. (SBN 143129)
VAN DE POEL, LEVY & ALLEN, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 291-8844
Facsimile: (415) 291-8855
Email: ksmith@vanlevylaw.com
dlivingston@vanlevylaw.com

Attorneys for Defendant, AMERICAN DATABANK, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTRAILIA I. DUNFORD, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN DATABANK, LLC,<br><br>Defendants. | CASE NO.: C 13-03829 WHA<br><br>**DECLARATION OF DOUGLAS R. LIVINGSTON IN SUPPORT OF DEFENDANT'S OPPOSTION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>*Complaint Filed: June 7, 2013*<br>*Hearing Date: July 10, 2014* |

I, DOUGLAS R. LIVINGSTON, declare:

1. I am an attorney at law licensed to practice before the courts of the State of California and the United States District Court, Northern District of California, and am associated with the law firm of Van de Poel, Levy & Allen, LLP, counsel for Defendant AMERICAN DATABANK, LLC ("Defendant") in this action. I make this Declaration based on my own personal knowledge. If called upon to do so, I could competently testify to the matters contained in this Declaration in a court of law.

{01139370.DOC;1}  1

VAN DE POEL,
LEVY & ALLEN, LLP
ATTORNEYS AT LAW
425 California Street,
19th Floor
San Francisco, CA 94104-
Tel. (415)291-8844
Fax: (415)291-8855

2. I attach to Defendant's American DataBank, LLC's Opposition to Plaintiff's Motion for Class Certification Exhibits 1-6. Each of these documents is a true and correct copy of that which it purports to be.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed this 15th day of May, 2014 in Walnut Creek, California.

DOUGLAS R. LIVINGSTON

{01139370.DOC;1}
2

**DECLARATION OF DOUGLAS R. LIVINGSTON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**