IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTRAILIA I. DUNFORD, individually and on behalf of all similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN DATABANK LLC,<br><br>    Defendant.<br>_____ / | No. C 13-03829 WHA<br><br><br><br><br><br>**REQUEST FOR RESPONSES** |

    1.    Defendant may file a response to plaintiff's opposition to defendant's motion for summary judgment, or in the alternative, partial summary judgment (not to exceed seven pages) by **5 P.M. ON JULY 25**.

    2.    Also by **5 P.M. ON JULY 25**, plaintiff shall explain (in a submission not to exceed three pages) whether (and how) numerosity for the proposed classes has been satisfied. (The Court is in receipt of the parties' prior stipulation (Dkt. No. 40-5).) Please lay out the proposed class definitions and explain how there could be a finding that each of the proposed classes is so numerous that joinder of all members is impracticable.

Dated: July 22, 2014.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE