IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTRAILIA I. DUNFORD, individually and on behalf of all similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN DATABANK LLC,<br><br>    Defendant. | No. C 13-03829 WHA<br><br><br><br><br><br>**REQUEST RE FRIDAY SUBMISSION** |

    In plaintiff's submission due on Friday, please provide an update on Ms. Dunford's current employment situation. In addition, please clarify whether Ms. Dunford is arguing that the July 2006 entry for resisting an officer (to which she pled *nolo contendere* and had expunged in 2013) violates Section 1681c(a)(5). Please address any relevant authorities.

Dated: August 5, 2014.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE